Nicholas J. Henderson, OSB No. 074027
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
(503) 417-0508
(503) 417-0501 Facimile
nhenderson@portlaw.com

Attorneys for Plaintiff, Elixir Therapeutics, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| ELIXIR THERAPEUTICS, LLC, a Wyoming limited liability company,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>TNR HOLDING GROUP, Inc.; PODS HEALTH, Inc.; WAREHOUSE HOLDINGS, Inc.; RICARDO BLANCO FLORES; JOSE ARRAS; RAFAEL MANSO; DEEPAK PODDAR; JAMES DAVIS; SEAN MCINERNEY,<br><br>　　　　　　　　　　　Defendants | Case No.  3:21-cv-01560-AC<br><br>**PLAINTIFF'S MOTION FOR DEFAULT ORDER AGAINST DEFENDANT WAREHOUSE HOLDINGS, INC., PURSUANT TO FED. R. CIV. P. 55(A)** |

## MOTION

Pursuant to Fed R. Civ. P. 55(a), Plaintiff Elixir Therapeutics, LLC ("Plaintiff") hereby requests that the clerk of the above-entitled Court enter a Default Order in this matter against Defendant Warehouse Holdings, Inc. ("Defendant") on the ground that Defendant has failed to appear or otherwise defend within the time prescribed by the Federal Rules of Civil Procedure.

This Motion is supported by Nicholas J. Henderson's Declaration filed herewith.

/ / / /

/ / / /

{00516606:1}　　PLAINTIFF'S MOTION FOR DEFAULT ORDER - 1
　　　　　　　　Case No. 3:21-cv-01560-AC

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon  97204-3010
Telephone (503) 417-0500
Fax (503) 417-0501

Dated: May 20, 2022.

           Motschenbacher & Blattner LLP

           /s/ Nicholas J. Henderson
           Nicholas J. Henderson, OSB No. 074027
           117 SW Taylor Street, Suite 300
           Portland, OR 97204-3029
           (503) 417-0508 Direct
           nhenderson@portlaw.com

           Attorneys for Plaintiff, Elixir Therapeutics, LLC

{00516606:1}   PLAINTIFF'S MOTION FOR DEFAULT ORDER - 2
           Case No. 3:21-cv-01560-AC

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204-3010
Telephone (503) 417-0500
Fax (503) 417-0501

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of May, 2022, I electronically filed the foregoing document with the Clerk of the Court and mailed by first class mail with postage properly prepaid thereon to the following:

| | |
|---|---|
| Warehouse Holdings Inc<br>James E. Davis, Agent<br>jamesdavisgolf@gmail.com | Pods Health, Inc.<br>Bernhard Correa,<br>TBA & Assocaites, RSA<br>bernhard.correa@tba-associates.com |
| James Davis<br>jamesdavisgolf@gmail.com | Sean McInerney<br>1987bears69@gmail.com |
| TNR Holding Group, Inc.<br>Ricardo Blanco Flores, RSA<br>Ricardo71@sbcglobal.net | Ricardo Blanco Flores, individually<br>Ricardo71@sbcglobal.net |
| Deepak Poddar<br>deepak@podshealth.com | Jose Arras<br>jshortya@aol.com |

        Motschenbacher & Blattner, LLP

        /s/ Nicholas J. Henderson
        Nicholas J. Henderson, OSB No. 074027
        Attorneys for Plaintiff

{00516606:1}   CERTIFICATE OF SERVICE - 1

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204-3010
Telephone (503) 417-0500
Fax (503) 417-0501

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ELIXIR THERAPEUTICS, LLC, a Wyoming limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> TNR HOLDING GROUP, Inc.; PODS HEALTH, Inc.; WAREHOUSE HOLDINGS, Inc.; RICARDO BLANCO FLORES; JOSE ARRAS; RAFAEL MANSO; DEEPAK PODDAR; JAMES DAVIS; SEAN MCINERNEY, <br><br> Defendants. | Case No.  3:21-cv-01560-AC <br><br> ORDER OF DEFAULT |

THIS MATTER came before the Court on Plaintiff, Elixir Therapeutics, LLC's Motion for an Order of Default against Defendant Warehouse Holdings, Inc.

It appearing from the records and files herein the Defendant, Warehouse Holdings, Inc., accepted serviced pursuant to ORCP 7 F(3).

Page 1   ORDER OF DEFAULT
{00516877:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street Suite 300
Portland, OR 97204
(503) 417-0500
(5030 417-0501 Facsimile

It appearing that Defendant has failed to respond to the Complaint or otherwise appear, and the time for doing so has now expired.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that Defendant, Warehouse Holdings, Inc., is in default and the default is entered of record.

# # #

Submitted by:

MOTSCHENBACHER & BLATTNER LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB 074027
117 SW Taylor Street Suite 300
Portland, OR 97204
(503) 417-0508
(503) 417-0528 Facsimile
Attorneys for Plaintiff