Nicholas J. Henderson, OSB No. 074027
Motschenbacher & Blattner, LLP
117 SW Taylor Street Suite 300
Portland, OR 97204
(503) 417-0508 Direct
(503) 417-0528 Facsimile
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ELIXIR THERAPEUTICS, LLC,<br>a Wyoming limited liability company,<br><br>                    Plaintiff,<br>v.<br><br>TNR HOLDING GROUP, Inc.; PODS<br>HEALTH, Inc.; WAREHOUSE<br>HOLDINGS, Inc.; RICARDO BLANCO<br>FLORES; JOSE ARRAS; RAFAEL<br>MANSO; DEEPAK PODDAR; JAMES<br>DAVIS; SEAN MCINERNEY,<br><br>                    Defendants. | Case No.  3:21-cv-01560-AC<br><br><br>NOTICE OF DISMISSAL WITHOUT<br>PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff hereby dismisses without

prejudice the following Defendants TNR Holdings Group, Inc.; Pods Health, Inc.; Ricardo

Blanco Flores; Jose Arras; Rafael Manso; and Deepak Poddar.

Dated: May 20, 2022.

MOTSCHENBACHER & BLATTNER LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB 074027
(503) 417-0508 Direct
Attorneys for Plaintiff

{00524572:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street Suite 300
Portland, OR 97204
(503) 417-0500
(5030 417-0501 Facsimile

## CERTIFICATE OF SERVICE

I certify that I served the foregoing NOTICE OF DISMISSAL WITHOUT PREJUDICE

on the following parties/attorneys by the method indicated below.

Warehouse Holdings Inc                   _____ Via First Class Mail
James E. Davis, Agent                    _____ Via Federal Express
jamesdavisgolf@gmail.com                 _____ Via Facsimile
                                         _____ Via Hand-Delivery
James Davis                                ✓    Via E-Mail
jamesdavisgolf@gmail.com                 _____ Via USDC (District of Oregon)
                                         ECF filing service
Sean McInerney
1987bears69@gmail.com

TNR Holding Group, Inc.
Ricardo Blanco Flores, RSA
Ricardo71@sbcglobal.net

Ricardo Blanco Flores, individually
Ricardo71@sbcglobal.net

Deepak Poddar
deepak@podshealth.com

Jose Arras
jshortya@aol.com

Pods Health, Inc.
Bernhard Correa,
TBA & Assocaites, RSA
bernhard.correa@tba-associates.com

DATED: May 20, 2022.

Motschenbacher & Blattner llp
/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB No. 074027
(503) 417-0508 Direct

Motschenbacher & Blattner LLP
117 SW Taylor Street Suite 300
Portland, OR 97204
(503) 417-0500
(5030 417-0501 Facsimile