Nicholas J. Henderson, OSB No. 074027
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
(503) 417-0508
(503) 417-0501 Facimile
nhenderson@portlaw.com

Attorneys for Plaintiff, Elixir Therapeutics, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| ELIXIR THERAPEUTICS, LLC, a Wyoming limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TNR HOLDING GROUP, Inc.; PODS HEALTH, Inc.; WAREHOUSE HOLDINGS, Inc.; RICARDO BLANCO FLORES; JOSE ARRAS; RAFAEL MANSO; DEEPAK PODDAR; JAMES DAVIS; SEAN MCINERNEY,<br><br>Defendants | Case No. 3:21-cv-01560-AC<br><br>**PLAINTIFF'S MOTION FOR DEFAULT ORDER AGAINST DEFENDANT SEAN MCINERNEY, PURSUANT TO FED. R. CIV. P. 55(A)** |

## MOTION

Pursuant to Fed R. Civ. P. 55(a), Plaintiff Elixir Therapeutics, LLC ("Plaintiff") hereby requests that the clerk of the above-entitled Court enter a Default Order in this matter against Defendant Sean McInerney. ("Defendant") on the ground that Defendant has failed to appear or otherwise defend within the time prescribed by the Federal Rules of Civil Procedure.

This Motion is supported by Nicholas J. Henderson's Declaration filed herewith.

/ / / /

/ / / /

{00567652:1}   PLAINTIFF'S MOTION FOR DEFAULT ORDER - 1
              Case No. 3:21-cv-01560-AC

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204-3010
Telephone (503) 417-0500
Fax (503) 417-0501

Dated: December 16, 2022.

    Motschenbacher & Blattner LLP

    /s/ Nicholas J. Henderson
    Nicholas J. Henderson, OSB No. 074027
    117 SW Taylor Street, Suite 300
    Portland, OR 97204-3029
    (503) 417-0508 Direct
    nhenderson@portlaw.com

    Attorneys for Plaintiff, Elixir Therapeutics, LLC

{00567652:1} PLAINTIFF'S MOTION FOR DEFAULT ORDER - 2
Case No. 3:21-cv-01560-AC

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204-3010
Telephone (503) 417-0500
Fax (503) 417-0501

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2022, I electronically filed the foregoing document with the Clerk of the Court and mailed by first class mail with postage properly prepaid thereon to the following:

| | |
|---|---|
| Warehouse Holdings Inc<br>James E. Davis, Agent<br>jamesdavisgolf@gmail.com | Pods Health, Inc.<br>Bernhard Correa,<br>TBA & Assocaites, RSA<br>bernhard.correa@tba-associates.com |
| James Davis<br>jamesdavisgolf@gmail.com | Sean McInerney<br>1987bears69@gmail.com |
| TNR Holding Group, Inc.<br>Ricardo Blanco Flores, RSA<br>Ricardo71@sbcglobal.net | Ricardo Blanco Flores, individually<br>Ricardo71@sbcglobal.net |
| Deepak Poddar<br>deepak@podshealth.com | Jose Arras<br>jshortya@aol.com |

Motschenbacher & Blattner, LLP

/s/ Nicholas J. Henderson
Nicholas J. Henderson, OSB No. 074027
Attorneys for Plaintiff

{00567652:1} CERTIFICATE OF SERVICE - 1

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204-3010
Telephone (503) 417-0500
Fax (503) 417-0501